IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00834-CMA-BNB

LINDA VIGIL,

Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,

Defendant.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Extension of Time to Serve Expert Report** [Doc. # 20, filed 10/20/2011] (the "Motion for Extension"). I held a hearing on the Motion for Extension this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion for Extension [Doc. # 20] is GRANTED; and

(2) The case schedule is modified to the following extent:

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 21, 2011

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 20, 2011

Dated November 3, 2011.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge