IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00834-CMA-BNB

LINDA VIGIL,

Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,

Defendant.

---

## ORDER

---

This matter arises on plaintiff's **Motion to Amend the Complaint** [Doc. # 42, filed 1/25/2012] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 42] is GRANTED.

(2) The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 42-5].

(3) The dispositive motion deadline is extended to and including **March 5, 2012**.

Dated February 13, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge