IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00834-CMA-BNB

LINDA VIGIL,

Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Motion to Withdraw as Counsel for the Plaintiff Pursuant to D.C.COLO.LCivR83.3D** [Doc. # 54] is DENIED without prejudice for failure to demonstrate that the "[n]otice to the attorney's client must include the warning that the client personally is responsible for complying with all court orders and time limitations established by any applicable rules."

DATED:  March 15, 2012