IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00834-CMA-BNB

LINDA VIGIL,

Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,

Defendant.

_____

# ORDER

_____

Plaintiff's counsel and counsel for the defendant appeared this morning for a hearing on the Amended Motion to Withdraw as Counsel for Plaintiff [Doc. # 60, filed 3/20/2012] (the "Motion to Withdraw").  I ordered the plaintiff to be present at the hearing in person, Order [Doc. # 75] at ¶3, but she did not appear.

At the beginning of the hearing I was informed of the following: (i) the parties have reached a settlement in principle of the dispute; and (ii) plaintiff's counsel was advised that Ms. Vigil's car broke down between Pueblo and Denver and that she would not be able to attend the hearing.  I am skeptical about the plaintiff's excuse for not attending the hearing.

The settlement was placed on the record.  Consistent with matters discussed this morning,

IT IS ORDERED:

(1)     On or before **May 15, 2012**, the parties shall file a stipulation to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

(2)     The final pretrial conference set for May 17, 2012, at 9:30 a.m., is VACATED.

(3)     **In the event a stipulation to dismiss is not filed on or before May 15, 2012**, the case is set for a status conference and hearing on the Motion to Withdraw [Doc. # 60] on **May 17, 2012, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Ms. Vigil must attend **in person** the hearing on May 17, 2012.  Her failure to attend will result in my recommendation that the case be dismissed pursuant to D.C.COLO.LCivR 41.1 for failure to comply with an order of the court and lack of prosecution.

(4)     The Clerk of the Court is directed to serve a copy of this Order on the plaintiff by United States mail, first class postage prepaid, at the plaintiff's last known address, as follows:

> 24947 Cactus Flower Way
> Pueblo, Colorado 81006-2080.

Dated May 1, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge