**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00834-CMA-BNB

LINDA VIGIL,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Stipulation of Dismissal With Prejudice (Doc. # 84) signed by the attorneys for the parties hereto it is

ORDERED that this case and Plaintiff's claims against Defendant School District are DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs, as agreed between the parties.

DATED:  May __18__, 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge